Anjuli B. Woods, Esq.
Nevada Bar No. 10989
ENTERPRISE COUNSEL GROUP, ALC
Three Park Plaza, Suite 1400
Irvine, California 92614
Telephone:     (949) 833-8550
Facsimile:      (949) 833-8540
Email: awoods@enterprisecounsel.com

Attorneys for Defendant Stanley Industrial & Automotive, LLC as Successor-In-Interest to Mac Tools, Inc. a Division of Stanley Black & Decker, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT SCHMIDT, | Case No.: 2:15-cv-00557-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR REMAND** |
| NORTON CO., a Division of SAINT-GOBAIN ABRASIVES, INC., a Massachusetts Corporation; MAC TOOLS, INC., a Division of STANLEY BLACK & DECKER, INC., a Connecticut Corporation; DOES 1 through 100, inclusive; and ROE ENTITITES 1 through 100, inclusive, | |
| Defendants. | |

COMES NOW, BRETT SCHMIDT ("Plaintiff") and NORTON CO., a Division of SAINT-GOBAIN ABRASIVES, INC. and STANLEY INDUSTRIAL & AUTOMOTIVE, LLC as Successor-In-Interest to Mac Tools, Inc. (collectively "Defendants") stipulate as follows:

1. On September 23, 2014, Plaintiff commenced an action in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, entitled BRETT SCHMIDT, Plaintiffs vs. NORTON CO., et al. as Case Number A-14-707414-C (the "Action").

2. All Defendants have acknowledged service of the complaint.

3. On March 27, 2015, Defendant STANLEY INDUSTRIAL & AUTOMOTIVE, LLC filed a notice of removal of the Action pursuant to U.S.C. §1441 and 1446 with the United States District Court for the District of Nevada.

4. After some discussion, Plaintiff has agreed to dismiss Defendant STANLEY INDUSTRIAL & AUTOMOTIVE, LLC from the action. In light of the dismissal, the parties have agreed that the Action should be remanded to the Eighth Judicial District Court. To that end, the Parties hereby stipulate that the Action be remanded to Eighth Judicial District Court.

5. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

| | |
|---|---|
| Christiansen Law Firm | Enterprise Counsel Group, ALC |
| /s/ Todd Terry            .<br>Todd Terry, Esq.<br>810 S. Casino Center Boulevard, Suite 104<br>Las Vegas, NV  89101 | /s/ Anjuli Woods                          .<br>Anjuli B. Woods, Esq.<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 |
| Richard S. Johnson, Esq.<br>Law Office of Richard S. Johnson<br>5542 South Fort Apache Road, Suite 120<br>Las Vegas, NV  89148 | *Attorneys for Defendant Stanley Industrial & Automotive, LLC as Successor-In-Interest to Mac Tools, Inc. a Division of Stanley Black & Decker, Inc.* |
| *Counsel for Plaintiffs* | Sklar Williams PLLC |
| | /s/ Fredric Berkley                          .<br>Frederic I. Berkley, Esq.<br>410 S. Rampart Boulevard, Suite 350<br>Las Vegas, NV  89145 |
| | *Attorney for Norton, Co. a Division of Saint-Gobain Abrasives, Inc.* |

///

///

///

- 2 -
STIPULATION AND ORDER FOR REMAND

**ORDER**

On April 21, 2015, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. IT IS HEREBY ORDERED that the Parties' stipulation is approved;

2. District of Nevada case number 2:15-cv-00557-JAD-PAL styled BRETT SCHMIDT, Plaintiffs vs. NORTON CO., et al. is hereby remanded to the Eighth Judicial District Court as this court lacks jurisdiction over this case.

The Clerk of Court is directed to close this case.

Dated:  April 23, 2015.

_____
UNITED STATES DISTRICT JUDGE